**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **WINSTON WESLEY NOLES,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:26-cv-221-JCB-KNM** |
| | § | |
| **CHARLES W. GREGORY, *et. al*,** | § | |
| | § | |
| ***Defendants.*** | § | |

**ORDER**

Before the Court is Defendants' Motion to Dismiss. ECF 13. Plaintiff moved for leave to file a second amended complaint. ECF 19. The Court granted Plaintiff's motion. ECF 23. As a result, Defendants' Motion to Dismiss is moot. It is therefore

**ORDERED** that Defendants' pending motion to dismiss, which is in response to the first amended complaint, is **DENIED without prejudice as moot**. Defendant is required to answer the Second Amended Complaint in the applicable time frame as set forth in the Federal Rules. *See* Fed. R. Civ. P. 12(a).

So ORDERED and SIGNED this 26th day of October, 2026.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE